IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDINBURG ECONOMIC DEVELOPMENT CORPORATION | § § § | |
| vs. | § § | Cause No. 21-CV-00454 |
| DAN DAMON, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS TRUSTEE OF THE DAN AND JACKIE DAMON FAMILY TRUST UDT AUGUST 17 1999; JACKIE DAMON, INDIVIDUALLY AND IN HER REPRESENTATIVE CAPACITY AS TRUSTEE OF THE DAN AND JACKIE DAMON FAMILY TRUST UDT AUGUST 17 1999; AND EDINBURG PLAZA, LLC | § § § § § § § § § § § § | |

### DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Dan Damon Individually and in his representative capacity of the Dan and Jackie Damon Family Trust UDT August 17, 1999, Jackie Damon Individually and in her representative capacity of the Dan and Jackie Damon Family Trust UDT August 17, 1999 and Edinburg Plaza, LLC , respectfully makes their mandatory disclosures as follows:

**A.    Witnesses**

**The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**RESPONSE:**

Persons likely to have discoverable information may include, but may not be limited to the following:

Dan Damon
P.O. Box 480
La Quinta, CA 92247
Physical address: 49491 Wayne St. Indio, CA 92201
323-821-4737

Jacqueline Damon
P.O. Box 480
La Quinta, CA 92247
Physical address: 49491 Wayne St. Indio, CA 92201
909-518-6661

Edinburg Economic Development Corporation
415 W University Dr, Edinburg, TX 78539
956-388-8207

Augustin "Gus" Garcia, Jr.
415 W University Dr, Edinburg, TX 78539
956-388-8207
Former Direct of Edinburg Economic Development Corporation at the time of the sale of the referenced real estate

Varco Trenton Plaza, LLC
222 N. Expressway
Brownsville, Texas 78521
Purchaser of the referenced real estate

Edwards Abstract & Title Company
3111 W. Freddy Gonzalez Dr.
Edinburg, Tx 78539
956-383-3951
Performed closing of the referenced real estate transaction.

B.  **Documents**

   **A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

**RESPONSE:**

Defendants references any and all documents produced or to be produced by Plaintiff.

Other than documents already produced, Defendant has produced all documents in support of their defenses to Plaintiff.

**C.     Computation of Damages**

**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:  NONE**

**D.     Insurance Agreements**

**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy party or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:  NONE**

DATED:      February 9, 2022

                                                                Respectfully submitted,

                                                                 SALINAS FLORES
                                                                 2011 N. CONWAY AVE
                                                                 MISSION, TX 78572
                                                                 Tel: (956) 584-3900
                                                                 Fax: (956) 580-9688

                                                                 By: */s/ Ricardo L. Salinas*
                                                                Ricardo L. Salinas
                                                                Federal Bar No. 19693
                                                                rsalinaslaw@yahoo.com
                                                                Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of a duplicate of the above and foregoing Rule 26(a)(1) Initial Disclosures of Plaintiff Elizabeth A. Gilmore has been served upon all opposing parties, or their attorneys of record, by either certified mail, return receipt requested, hand delivery, or telephonic or electronic document transfer on the 9th day of February, 2022.

Omar Ochoa, oochoa@omarochoalaw.com

                                  */s/Ricardo L. Salinas*
                                  Ricardo L. Salinas